IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSERVATION CONGRESS; CITIZENS FOR BETTER FORESTRY; KAREN WILSON; MARY LEE STEFFENSEN,<br><br>        Plaintiffs,<br><br>    v.<br><br>UNITED STATES FOREST SERVICE,<br><br>        Defendant. | 2:08-cv-2483-GEB-DAD<br><br><u>STATUS (PRETRIAL SCHEDULING) ORDER</u> |

The parties' Joint Status Report ("JSR") filed on January 20, 2009, indicates this action will be decided on cross motions for summary judgment. Therefore, the status (pretrial scheduling) conference scheduled for February 2, 2009, is vacated and the motion are scheduled as follows:

1. Plaintiffs' motion for summary judgment shall be filed by February 16, 2009;
2. Defendant's opposition and cross-motion for summary judgment shall be filed by March 9, 2009;
3. Plaintiffs' reply and opposition to Defendant's cross-motion shall be filed by March 23, 2009;

1

1      4.   Defendant's reply shall be filed by April 6, 2009;

2      5.   The motions will be heard commencing at 9:00 a.m. on April 20, 2009, in Courtroom 10.

Dated: January 22, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge