LAWRENCE G. BROWN
Acting United States Attorney
TODD A. PICKLES
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700
Facsimile:   (916) 554-2900
Email: todd.pickles@usdoj.gov

Attorneys for the United States Forest Service

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSERVATION CONGRESS; CITIZENS FOR BETTER FORESTRY; MARY LEE STEFFENSEN; and KAREN WILSON,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES FOREST SERVICE,<br><br>Defendant. | CASE NO.  2:08-CV-2483-GEB-DAD<br><br>**PARTIES' STIPULATION AND JOINT REQUEST CONTINUING BRIEFING SCHEDULE AND HEARING DATE ON PARTIES' CROSS-MOTIONS FOR SUMMARY JUDGMENT; AND [PROPOSED] ORDER THERETO** |

Plaintiffs Conservation Congress, Citizens for Better Forestry, Mary Lee Steffensen, and Karen Wilson (collectively Plaintiffs) and the United States Forest Service ("Service"), through their respective counsel, hereby stipulate and request the following.

**RECITALS**

1.     On January 20, 2009, the parties submitted their Joint Status Report proposing a briefing schedule and hearing date specially-set for April 17, 2009 for the parties' cross-motions for summary judgment on Plaintiffs' claims under the Administrative Procedures Act, 5 U.S.C. §§ 551, *et seq*. that the Service's East Fork II Project violates the National Forest Management Act, 16 U.S.C. §§ 1600, *et seq*., and the National Environmental Policy Act, 42 U.S.C. §§ 4321, *et seq.*

2.     On January 21, 2009, the Service filed the Administrative Record ("AR") with the Court.  The AR was previously served on Plaintiffs on January 15, 2009.

3.      On January 23, 2009, the Court issued its Status (Pretrial Scheduling) Order that adopted the parties' proposed briefing schedule, and set a hearing date of April 20, 2009.

4.      Counsel for Plaintiffs has a conflict with that date.  Accordingly, based on the availability of counsel for Plaintiffs and Court's calendar, Plaintiffs have proposed continuing the hearing to May 4, 2009.  The Service does not oppose to Plaintiffs request.

5.      In light of Plaintiffs' request, and assuming the Court continues the hearing on the parties' cross-motions to May 4, 2009, it would be in the interests of the parties and the Court to continue the briefing schedule one additional week with the following dates:

| | |
|---|---|
| Plaintiffs' motion for summary judgment | February 23, 2009 |
| Service's opposition and cross-motion for summary judgment | March 16, 2009 |
| Plaintiff's reply in support of their motion and their opposition to the Service's cross-motion | March 30, 2009 |
| Service's reply in support of its cross-motion | April 13, 2009 |
| Hearing before the Court | May 4, 2009 |

This schedule will afford the parties additional time to further prepare their briefs based on a voluminous AR, and will still leave the matter fully briefed approximately three weeks before the hearing on May 4, 2009.

6.      This is the parties' first request to continue the briefing scheduling in this matter.

## STIPULATION AND REQUEST

Based on the foregoing and for good cause showing, the PARTIES HEREBY STIPULATE AND REQUEST THAT the briefing schedule set forth in the Court's Status (Pretrial Scheduling) Order shall be CONTINUED one additional week for all dates, and that the hearing be continued to May 4, 2009.

IT IS SO STIPULATED.

Respectfully submitted,

LAWRENCE G. BROWN
Acting United States Attorney

Date: February 9, 2009

*/s/ Todd A. Pickles*
By: TODD A. PICKLES
Assistant United States Attorney

Attorneys for the United States Forest Service

SHARON DUGGAN

Date: February 9, 2009

*/s/ Marianne Dugan*
By: MARIANNE DUGAN

Attorneys for Plaintiffs

**[PROPOSED] ORDER**

This matter came before the Court on the Parties' Stipulation and Joint Request To Continue The Briefing Scheduling On The Parties Cross-Motions For Summary Judgment. For the reasons stated in the parties' stipulation, and for good cause showing, the Court ADOPTS the parties' stipulation. All dates on the briefing schedule shall be continued one week, and the hearing shall be continued to May 4, 2009.

IT IS SO ORDERED.

DATED: February 12, 2009

GARLAND E. BURRELL, JR.
United States District Judge