```
                    IN THE UNITED STATES DISTRICT COURT

                   FOR THE EASTERN DISTRICT OF CALIFORNIA


CONSERVATION CONGRESS; CITIZENS     )
FOR BETTER FORESTRY; MARY LEE       )   2:08-cv-2483-GEB-DAD
STEFFENSEN; and KAREN WILSON,       )
                                    )   ORDER
               Plaintiffs,          )
                                    )
          v.                        )
                                    )
UNITED STATES FOREST SERVICE,       )
                                    )
               Defendant.           )
                                    )
```

On June 5, 2009, Plaintiffs filed a motion for "an injunction of logging and other ground-disturbing activities on the East Fork timber sale, pending the appeal of this case."  Defendant opposes the motion.

The motion is denied for the reasons stated in the Order filed June 4, 2009, in which it is revealed that Plaintiffs have not "establish[ed they are] likely to succeed on the merits, [and are] likely to suffer irreparable harm in the absence of [injunctive] relief, that the balance of equities tips in [their] favor, and that an injunction is in the public interest."  <u>Winter v. Natural Resources</u>

1

<u>Defense Council</u>, 129 S. Ct. 365, 374 (2008).  Therefore, Plaintiffs' request for an injunction is denied.

Dated:  June 11, 2009

                                  GARLAND E. BURRELL, JR.
                                  United States District Judge