Sharon Duggan, CSB #105108
Internet e-mail address foxsduggan@aol.com
370 Grand Ave., Ste 5
Oakland, CA  94602
(510) 271-0825
Fax no. (510) 271-0829
    Local Counsel for Plaintiffs

Marianne Dugan, *pro hac vice*
    (Oregon State Bar # 93256)
Internet e-mail address mdugan@mdugan.com
Attorney at Law
259 E. 5th Ave., Suite 200-D
Eugene, OR 97401
(541) 338-7072
Fax no. (866) 650-5213
    Lead Counsel for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSERVATION CONGRESS; CITIZENS FOR BETTER FORESTRY; MARY LEE STEFFENSEN; and KAREN WILSON,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES FOREST SERVICE,<br><br>    Defendant. | CASE NO. 08-CV-2483-GEB-DAD<br><br>DECLARATION OF DENISE BOGGS IN SUPPORT OF PLAINTIFFS' OBJECTIONS TO BILL OF COSTS |

I, Denise Boggs, declare as follows:

1.    My name is Denise Boggs, and I make this declaration in support of plaintiffs' objection to defendants' bill of costs.

2.    I am the Executive Director of the Conservation Congress (CC).  My current place of business is 224 W. Main Street, Room 503, Lewistown, MT 59457.

3.    CC is a regional conservation group, established as a nonprofit 501(c)(3) corporation organized under the laws of California.  As a nonprofit organization, CC has limited

PAGE 1 - DECL OF BOGGS IN SUPPORT OF PLFS' OBJECTIONS TO BILL OF COSTS

1  financial resources, and those resources are dedicated to our ongoing projects on the basis of our
2  annual budget.
3      4.    There are four plaintiffs in this lawsuit, sharing costs. CC is unable to pay one-
4  fourth of the $3561.54 bill that has been requested by the government for preparation and
5  printing of the administrative record. We have not budgeted for such costs during the fiscal
6  year, and our limited funds are not sufficient to pay such costs.
7      5.    CC has never before lost a case against the U.S. Forest Service and has never
8  before been taxed costs and has not been aware of the Forest Service obtaining costs for
9  preparation of the administrative record in cases, therefore we do not budget for such costs.
10      6.    As a nonprofit organization, CC has limited financial resources, primarily
11  foundation grants and donations from individual members. Those resources are dedicated to our
12  ongoing conservation and education programs. CC's annual budget is approximately $70,000.
13      Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the
14  United States of America that the foregoing is true and correct.
15      Executed on June 19, 2009.
16      /s/   Denise Boggs
    Denise Boggs
17
18
19
20
21
22
23
24
25  PAGE 2 - DECL OF BOGGS IN SUPPORT OF PLFS' OBJECTIONS TO BILL OF COSTS