Sharon Duggan, CSB #105108
Internet e-mail address foxsduggan@aol.com
370 Grand Ave., Ste 5
Oakland, CA  94602
(510) 271-0825
Fax no. (510) 271-0829
    Local Counsel for Plaintiffs

Marianne Dugan, *pro hac vice*
    (Oregon State Bar # 93256)
Internet e-mail address mdugan@mdugan.com
Attorney at Law
259 E. 5th Ave., Suite 200-D
Eugene, OR 97401
(541) 338-7072
Fax no. (866) 650-5213
    Lead Counsel for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSERVATION CONGRESS; CITIZENS FOR BETTER FORESTRY; MARY LEE STEFFENSEN; and KAREN WILSON,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES FOREST SERVICE,<br><br>    Defendant. | CASE NO. 08-CV-2483-GEB-DAD<br><br>DECLARATION OF JOSEPH BOWER IN SUPPORT OF PLAINTIFFS' OBJECTIONS TO BILL OF COSTS |

I, Joseph Bower, declare as follows:

1.    My name is Joseph Bower, and I make this declaration in support of plaintiffs' objection to defendants' bill of costs.

2.    I am the Conservation Director of Citizens for Better Forestry (CBF), with mailing address of P.O. Box 1510, Hayfork, CA  96041.

3.    CBF is a local conservation group headquartered in Hayfork, CA.  CBF has limited financial resources and those resources are dedicated to our ongoing projects on the basis

PAGE 1 - DECL OF BOWER IN SUPPORT OF PLFS' OBJECTIONS TO BILL OF COSTS

1  of our annual budget.

2      4.    I have been acting in the public interest on behalf of the South Fork Trinity River
3  and its tributaries for approximately 35 years.

4      5.    There are four plaintiffs in this lawsuit, sharing costs.  We, CBF, are unable to
5  pay one-fourth of the approximately $3,000 cost bill that has been requested by the government
6  for preparation and printing of the administrative record.  We have not budgeted for such costs
7  during the fiscal year and our limited funds are not sufficient to pay such costs.

8      6.    CBF has lost cases against the U.S. Forest Service in District Court in the past
9  only to have those decisions reversed by the Ninth Circuit, but has never before been requested
10  to pay costs.  We therefore do not budget for such costs.

11  Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the
12  United States of America that the foregoing is true and correct.

13  Executed on June 21, 2009.

14                          /s/   Joseph Bower
                        Joseph Bower

25  PAGE 2 - DECL OF BOWER IN SUPPORT OF PLFS' OBJECTIONS TO BILL OF COSTS