Sharon Duggan, CSB #105108
Internet e-mail address foxsduggan@aol.com
370 Grand Ave., Ste 5
Oakland, CA  94602
(510) 271-0825
Fax no. (510) 271-0829
    Local Counsel for Plaintiffs

Marianne Dugan, *pro hac vice*
    (Oregon State Bar # 93256)
Internet e-mail address mdugan@mdugan.com
Attorney at Law
259 E. 5th Ave., Suite 200-D
Eugene, OR 97401
(541) 338-7072
Fax no. (866) 650-5213
    Lead Counsel for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSERVATION CONGRESS; CITIZENS FOR BETTER FORESTRY; MARY LEE STEFFENSEN; and KAREN WILSON,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES FOREST SERVICE,<br><br>    Defendant. | CASE NO. 08-CV-2483-GEB-DAD<br><br>SECOND DECLARATION OF KAREN WILSON IN<br>SUPPORT OF PLAINTIFFS'<br>OBJECTIONS TO BILL OF COSTS |

I, Karen Wilson, declare as follows:

1.    My name is Karen Wilson, and I make this declaration in support of plaintiffs' objection to defendants' bill of costs.

2.    I am one of the two individual plaintiffs in this case, and my mother, Mary Lee Steffensen, is the other individual plaintiff in this case.  She is an individual with mailing address of P.O. Box 253, Wildwood, CA  96076.

PAGE 1 - 2ND DECL OF WILSON IN SUPPORT OF PLFS' OBJ. TO BILL OF COSTS

1    3.    Mary Lee Steffensen lives on the South Fork Trinity River between Smoky Creek and East Fork of the South Fork Trinity River.  She is dedicated to the proper and efficient management of resources on surrounding U.S. Forest Service land and has shown her interest through public and private participation.

4.    There are four plaintiffs in this lawsuit, sharing costs.  My mother, Mary Lee Steffensen, is unable to pay one-fourth of the approximately $3,000 cost bill.

5.    In the past, she has never been charged the costs of producing the administrative record as a plaintiff suing the Forest Service, and did not expect to be requested to do so.

6.    Because of the remoteness of the my mother's residence, providing the Court with her declaration in a short time will be difficult.  For that reason, and because I know her well and am personally aware of the facts set forth in this declaration, I am providing this declaration about Mary Lee Steffensen.  Her declaration will be provided in time.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 20, 2009.

                /s/   Karen Wilson
                Karen Wilson

PAGE 2 - 2ND DECL OF WILSON IN SUPPORT OF PLFS' OBJ. TO BILL OF COSTS