Sharon Duggan, CSB #105108
Internet e-mail address foxsduggan@aol.com
370 Grand Ave., Ste 5
Oakland, CA  94602
(510) 271-0825
Fax no. (510) 271-0829
    Local Counsel for Plaintiffs

Marianne Dugan, *pro hac vice*
    (Oregon State Bar # 93256)
Internet e-mail address mdugan@mdugan.com
Attorney at Law
259 E. 5th Ave., Suite 200-D
Eugene, OR 97401
(541) 338-7072
Fax no. (866) 650-5213
    Lead Counsel for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSERVATION CONGRESS; CITIZENS FOR BETTER FORESTRY; MARY LEE STEFFENSEN; and KAREN WILSON,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES FOREST SERVICE,<br><br>    Defendant. | CASE NO. 08-CV-2483-GEB-DAD<br><br>PLAINTIFFS' NOTICE OF APPEAL |

Pursuant to 28 U.S.C. § 1291, all plaintiffs hereby give notice that they appeal to the United States Court of Appeals for the Ninth Circuit from the Order Denying Motion to Review costs, entered June 21, 2010, affirming the clerk's taxation of costs against plaintiffs.

Respectfully submitted July 15, 2010.

                                                    /s/ Marianne Dugan
                                                Marianne Dugan, OSB # 93-256
                                                (541) 338-7072
                                                Counsel for Plaintiffs

PAGE 1 - NOTICE OF APPEAL

**REPRESENTATION STATEMENT**

The parties and counsel in this case are as follows:

**PLAINTIFFS:** Conservation Congress; Citizens for Better Forestry; Mary Lee Steffensen; and Karen Wilson

**Counsel for plaintiffs:**

> Marianne Dugan
> 259 E. 5th Ave., Ste 200-D
> Eugene, OR 97401
> Telephone: (541) 338-7072
> Fax: 866-650-5213
> mdugan@mdugan.com

**DEFENDANT:** U.S. Forest Service

**Counsel for defendant**:

> Todd A. Pickles
> U.S. Dept of Justice
> Eastern Dist. of Calif.
> 501 I Street, Ste 10-100
> Sacramento, CA 95814-2322
> Telephone: (916) 554-2766
> Fax: 1-916-554-2900
> todd.pickles@usdoj.gov